FILED IN CHAMBERS
U.S.D.C Atlanta

DEC 23 2014

JAMES N. HATTEN, Clerk
By: D. Wilford  Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JOHNNY HALE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action |
| ) | File No. 1:14-cv-00065-WCO |
| MORELAND ALTOBELLI ) | |
| ASSOCIATES, INC., ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, and with the consent of all parties who have appeared in the action, it is hereby ORDERED that the above-styled action is dismissed WITH PREJUDICE, each party to bear its own costs, expenses, and attorneys' fees.

SO ORDERED this 23rd day of December, 2014.

William C. O'Kelley
Senior United States District Court Judge

[Counsel signatures appear on next page]

CONSENTED TO BY:

| | |
|---|---|
| **THE EMPLOYMENT LAW GROUP, P.C.** | **FREEMAN MATHIS & GARY LLP** |
| /s/ *Adam Augustine Carter* | /s/ *Michael Wolak III* |
| R. Scott Oswald | Benton J. Mathis, Jr. |
| *Admitted Pro Hac Vice* | Georgia Bar No. 477019 |
| Adam Augustine Carter, Esq. | Michael Wolak, III |
| *Admitted Pro Hac Vice* | Georgia Bar No. 773197 |
| 888 17th Street NW, Suite 900 | Amanda M. Cash |
| Washington, DC 20006 | Georgia Bar No. 406807 |
| T: (202) 261-2803 | 100 Galleria Parkway |
| F: (202) 261-2835 | Suite 1600 |
| E: soswald@employmentlawgroup.com | Atlanta, Georgia  30339 |
| E: acarter@employmentlawgroup.com | T: (770) 818-0000 |
| | F: (770) 937-9960 |
| H. Glenn Fogle, Jr. | E: bmathis@fmglaw.com |
| Georgia Bar No. 266963 | E: mwolak@fmglaw.com |
| THE FOGLE LAW FIRM, LLC | E: acash@fmglaw.com |
| 55 Allen Plaza, 55 Ivan Allen Jr. Blvd. | |
| Suite 830 | |
| Atlanta, Georgia 30308 | |
| T: 404-522-1852 | |
| F: 404-681-9770 | |
| E: glenn@foglelaw.com | |
| | |
| *Counsel for Plaintiff* | *Counsel for Defendant* |